UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLT ENTERPRISES OF SACRAMENTO, INC., a Corporation,<br><br>Defendant. | 2:09-cv-00754-GEB-KJM<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

On June 10, 2009, Plaintiff filed a Status Report in which Plaintiff represents it has "withheld service in an attempt to facilitate the parties' ongoing settlement discussions" and that the "deadline for service is July 16, 2009." In light of these representations, the Status (Pretrial Scheduling) Conference set for June 29, 2009, is rescheduled to commence at 9:00 a.m. on August 24, 2009. A further joint status report shall be filed no later than fourteen days prior to the status conference.

Dated: June 18, 2009

GARLAND E. BURRELL, JR.
United States District Judge