IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
CALIFORNIA SPORTFISHING PROTECTION )
ALLIANCE, a non-profit corporation,)   2:09-cv-00754-GEB-KJM
                                   )
            Plaintiff,             )   ORDER RE PARTIES'
                                   )   NOTICE OF SETTLEMENT
     v.                            )
                                   )
BLT ENTERPRISES OF SACRAMENTO,     )
INC., a corporation,               )
                                   )
            Defendant.             )
_____)
```

       On July 17, 2009, the parties filed a Notice of Settlement in which they state they have reached a settlement that involves a forty-five day regulatory review period, anticipated to end by appropriately September 7, 2009. The parties' request the presently scheduled status conference be rescheduled for September 21, 2009, in light of this regulatory review period. The request is granted.

       Accordingly, the status conference scheduled for August 24, 2009, is continued to commence at 9:00 a.m. on September 21, 2009. Further, a joint status report shall be filed fourteen days prior to the status conference.

Dated: July 29, 2009

                                  GARLAND E. BURRELL, JR.
                                  United States District Judge