Michael R. Lozeau, State Bar No. 142893
  michael@lozeaudrury.com
Richard T. Drury State Bar No. 163559
  richard@lozeaudrury.com
Douglas J. Chermak, State Bar No. 233382
  doug@lozeaudrury.com
LOZEAU DRURY LLP
410 12th St, Suite 250
Oakland, CA 94607
Tel:  (510) 836-4200
Fax: (510) 836-4205 (fax)

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>vs.<br><br>BLT ENTERPRISES OF SACRAMENTO, INC., a corporation,<br><br>Defendant. | Case No. 2:09-cv-00754-GEB-KJM<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND DISMISSAL ORDER** |

WHEREAS, on January 13, 2009, Plaintiff California Sportfishing Protection Alliance ("CSPA") provided Defendant BLT Enterprises of Sacramento, Inc. ("BLT") with a Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act § 505, 33 U.S.C. § 1365;

WHEREAS, on March 18, 2009, CSPA filed its Complaint against BLT Enterprises in this Court, *California Sportfishing Protection Alliance v. BLT Enterprises of Sacramento, Inc.,* Case No. 2:09-cv-00754-GEB-KJM.  Said Complaint incorporates by reference all of the allegations contained in CSPA's Notice;

WHEREAS, CSPA and BLT, through their authorized representatives and without either adjudication of CSPA's claims or admission by BLT of any alleged violation or other wrongdoing, resolved in full by way of settlement the allegations of CSPA as set forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of further litigation.  A copy of the

Settlement Agreement and Mutual Release of Claims ("Settlement Agreement"), without the attached exhibits, entered into by and between CSPA and BLT is attached hereto as Exhibit 1;

WHEREAS, on September 10, 2009, the Court entered an order to dismiss the claims against BLT and to retain jurisdiction over CSPA and BLT through December 14, 2012, for the sole purpose of resolving any disputes between the parties with respect to enforcement of any provisions of the Settlement Agreement;

WHEREAS, on or about December 22, 2011, USA Waste of California, Inc. ("USA Waste") agreed to purchase the assets of BLT;

WHEREAS, on or about May 1, 2012, CSPA, BLT, and USA Waste signed an Amendment to the Settlement Agreement ("Amendment") for USA Waste to assume certain BLT's liabilities arising under the Settlement Agreement, to extend the Settlement Agreement, and to provide additional oversight and monitoring requirements, as described in the Amendment attached hereto as Exhibit 2;

WHEREAS, the parties submitted the Amendment via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice and the 45-day review period set forth at 40 C.F.R. § 135.5 has been completed and the federal agencies have submitted correspondence to the Court indicating that they have no objection to the terms of the Amendment;

WHEREAS, CSPA and USA Waste wish to apprise the Court of the Amendment to the Settlement Agreement;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between CSPA and USA Waste that the Court shall continue and extend its jurisdiction over CSPA and USA Waste through December 14, 2013, for the sole purpose of resolving any disputes between them with respect to enforcement of any provisions of the Settlement Agreement and the Amendment thereto.

///

///

///

///

Dated: June 25, 2012

                                      Respectfully submitted,

                                      LOZEAU DRURY LLP

                                      By:  /s/ *Douglas J. Chermak*
                                              Douglas J. Chermak
                                              Attorneys for Plaintiff

                                      USA WASTE OF CALIFORNIA, INC.

                                      By:   /s/ *Robert E. Longo*
                                              (as authorized on June 25, 2012)
                                              Robert E. Longo
                                              Vice President and Assistant Secretary

PURSUANT TO STIPULATION, IT IS SO ORDERED.

**Date:  6/27/2012**

                                      GARLAND E. BURRELL, JR.
                                      United States District Judge